Robert J. Buck and Others, as Trustees in Bankruptcy of the Sewall Island Box Board Company, a Bankrupt, Respondents, v. The New Jersey Car Spring and Rubber Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Clarence Bullock, Respondent, v. National Starch Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event. Held, that no actionable negligence of the defendant was established, and that the verdict establishing freedom from contributory negligence and on the question of assumption of risk is contrary to and against the weight of evidence. All concurred.

Henry Kozane, Respondent, v. Sun Insurance Office, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the court committed reversible error in refusing to charge that if the jury believed that the plaintiff set fire to his property the verdict must be for the defendant.

Leon Tucholka, Respondent, v. Katarzina Hodkiewicz, as Executrix, etc., Appellant.— Motion to dismiss appeal denied, without costs. Order appealed from affirmed, with ten dollars costs and disbursements. All concurred.

. In the Matter of the Application of Roderick C. McLennan, Appellant, for an Order Requiring Bert W. Moyer, as Treasurer of the Committee Representing the Republican Party in the County of Onondaga, Respondent, to File an Amended, etc., Statement of the Receipts and Expenditures of Said Committee in Connection with the General Election Held in the State of New York on the 2d day of November, 1909, in Accordance with the Election Law, Chapter 17 of the Consolidated Laws of the State of New York.— Order and judgment affirmed, with costs, on opinion of Andrews, J., reported at 65 Miscellaneous Reports, 644. All concurred, except Williams, J., who dissented; McLennan, P. J., not sitting.

In the Matter of the Probate of the Last Will and Testament of Harriette C. Armstrong, Deceased. Hortense P. Hartman, Appellant; Frederick W. Armstrong, Respondent,— Decree and order affirmed, with costs and disbursements. All concurred, except Robson, J., who dissented.

William Czibilisky, Respondent, v. The Solvay Process Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall within twenty days stipulate to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concurred.

Carollo Domenico, Respondent, v. The Delaware, Lackawanna and Western Railroad Company and the New York, Ontario and Western Railway Company, Appellants.— Judgment and orders affirmed, with costs. All concurred.

Mary E. Rich and Others, Respondents, v. Ella Miner, Appellant.— Judgment affirmed, with costs. All concurred.